[No. 72453-3-I.   Division One.   February 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN EDWARDS CORBETT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-00388-5, Laura C. Inveen, J., entered August 22, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 72504-1-I.   Division One.   February 29, 2016.]

SELENE RMOF II REO ACQUISITIONS II, LLC, *Respondent*, v. VANESSA D. WARD ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-09533-3, Terence Wong, J. Pro Tem., entered September 15, 2014. *Reversed* by unpublished opinion per Verellen, A.C.J., concurred in by Lau and Trickey, JJ.

[No. 72545-9-I.   Division One.   February 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES STEPHEN HURLEY III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-00085-1, Laura C. Inveen, J., entered October 3, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Leach, J.

[No. 72565-3-I.   Division One.   February 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ASHANTE JAHI GARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-01849-1, John H. Chun, J., entered September 26, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, A.C.J., and Lau, J.